FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
BRIAN L. BRADFORD, ESQ.
Nevada Bar No. 9518
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
E-Mail Address:  bbradford@fisherphillips.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAMIAN COLE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SPILIADIS MANAGEMENT LTD., a Nevada Corporation; MANAGED BUSINESS SERVICES, INC., a Nevada Corporation; DOES I-X; and ROE Business Entities I-X,<br><br>　　　　　　Defendants. | Case No.: 2:21-cv-00334-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(First Request)** |

　　　IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have a two-week extension of time, up to and including, March 19, 2021, to file their answer or otherwise respond to Plaintiff's Complaint (ECF No. 1.)  Defendants need additional time to evaluate and respond to the specific factual allegations in this matter, as well as ongoing obligations in other matters.

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

FP 39989601.1

1  Accordingly, this stipulation is sought in good faith.  This is the first request for an extension of this
2  deadline.
3      Dated this 5th day of March, 2021.

4  FISHER & PHILLIPS                    KEMP & KEMP

5  By: /s/ Brian L. Bradford            By: /s/ James P. Kemp
   Scott M. Mahoney, Esq.               James P. Kemp, Esq.
6  Brian L. Bradford, Esq.              7435 West Azure Drive
7  300 S. Fourth Street #1500           Suite 110
   Las Vegas. NV 89101                  Las Vegas, NV  89130
8  Attorney for Defendants              Attorneys for Plaintiff

9                              **ORDER**

10     IT IS SO ORDERED:

11

12                              _____
                                UNITED STATES MAGISTRATE JUDGE
13
                                   3-10-2021
14                              _____
                                DATE

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 39989601.1                    - 2 -