# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAMIAN COLE,<br><br>Plaintiff,<br><br>v.<br><br>SPILIADIS MANAGEMENT LTD., a Nevada Corporation; MANAGED BUSINESS SERVICES, INC., a Nevada Corporation; DOES I-X; and ROE Business Entities I-X,<br><br>Defendants. | Case No. 2:21-cv-00334-JCM-VCF<br><br>**ORDER** |

Pending before the Court is Defendant's Motion to Vacate the Early Neutral Evaluation Session (ECF No. 19). The Court has considered Defendant's Motion and Plaintiff's Opposition (ECF No. 20).

The Early Neutral Evaluation program is designed to allow the parties and the assigned ENE judge to have frank discussions about the strength and weaknesses of the parties' claims and defenses in a setting in which the parties are not worried about how the assigned judge reacts to the parties' positions. LR 16-6. Thus, while the Court is sympathetic to Defendant's position in this case, the Court finds that the overall goal of the ENE program is broader than reaching settlement.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Vacate the Early Neutral Evaluation Session (ECF No. 19) is DENIED.

Dated this 27th day of May, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE