FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
BRIAN L. BRADFORD, ESQ.
Nevada Bar No. 9518
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone:  (702) 252-3131
E-Mail Address:  lmcclane@fisherphillips.com
E-Mail Address:  bbradford@fisherphillips.com
*Attorney for Defendant Spiliadis Management, LTD*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAMIAN COLE, | Case No.: 2:21-cv-00334-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATED AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| SPILIADIS MANAGEMENT LTD., a Nevada Corporation; MANAGED BUSINESS SERVICES, INC., a Nevada Corporation; DOES I-X; and ROE Business Entities I-X, | **(First Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Damian Cole ("Plaintiff"), through his counsel, Kemp & Kemp, and Defendant Spiliadis Management Ltd.[1] ("Defendant"), by and through its counsel, Fisher & Phillips, LLP, and agreed as follows:

1.      On April 26, 2021, the Court entered an Order granting the parties' Stipulated Discovery Plan and Scheduling Order (ECF No. 17).

2.      This is the first request by the parties to extend the discovery deadlines set forth in the April 26, 2021, Order (ECF No. 17).

---

[1] Defendant, Managed Business Services, Inc. has been dismissed from this action.  (*See*, ECF No. 15).

41480127

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

3.     The parties stipulate and agree to extend the discovery deadlines for sixty (60) days to allow the parties to coordinate multiple schedules and conduct necessary depositions in order to fully evaluate the claims and defenses presented.

**DISCOVERY COMPLETED TO DATE**

On April 30, 2021, Plaintiff served his Initial Disclosures.

On May 14, 2021, Plaintiff served his First Supplemental Initial Disclosures; and on August 2, 2021, he served his Second Supplemental Initial Disclosures.

On May 3, 2021, Defendant served its Initial Disclosures.

On April 8, 2021, Plaintiff served his First Set of Requests for documents to Defendant Spiliadis Management Ltd.

On May 14, 2021, Defendant served its Responses to Plaintiff's First Set of Requests for Production of Documents.

On July 1, 2021, Defendant served its First Set of Requests for Production of Documents to Plaintiff and its First Set of Interrogatories to Plaintiff.

On August 2, 2021, Plaintiff served his Responses to Defendant's First Request for Production of Documents and First Set of Interrogatories to Plaintiff.

On July 31, 2021, Plaintiff served his Notice of Rule 30(b)(6) Deposition of Spiliadis Management, Ltd.  That deposition is set for September 3, 2021.

The parties are currently working on scheduling witness deposition.

As of the date of this Stipulation, neither party has propounded any further discovery requests.

**STATEMENT OF DISCOVERY THAT REMAINS TO BE COMPLETED**

Due to issues with mandatory Covid-19 quarantine and closures, Defendant's primary counsel having to take a medical leave of absence, and the introduction of new counsel to the case, the parties have not yet completed discovery.   For the above stated reasons, the  parties  request that  the discovery deadline be extended  sixty  (60) days from **September 15, 2021** to **November 15, 2021**.  Additional closures and quarantines may result in an additional request to extend the discovery period.

41480127

- 2 -

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

**FISHER & PHILLIPS LLP**
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1

## SCHEDULE

2      The parties stipulate and agree that:

3      1.   **Discovery**:  The discovery period shall be extended sixty-one (61) days

4  from September 15, 2021 to November 15, 2021 (as the 60th day is Sunday, November

5  14, 2021).

6      2.   **Dispositive Motions**:   The parties shall have through and including

7  December 15, 2021, to file dispositive motions, which is 30 days after the discovery

8  deadline.

9      3.   **Pre-Trial Order**:  If no dispositive motions are filed, the Joint Pretrial
1-18-2022

10  Order shall be filed thirty (30) days after the date set for the filing of dispositive

11  motions.  In the event dispositive motions are filed, the date for filing the Joint Pretrial

12  Order shall be suspended until thirty (30) days after decision on the dispositive motions

13  or by further order of the Court.

14      4.   **Extensions or Modifications of the Discovery Plan and Scheduling**

15  **Order:**  In accordance with Local Rule 26-4, a stipulation or motion for modification or

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

41480127

extension of this discovery plan and scheduling order and any deadline contained

herein, must be made not later than twenty-one (21) days before the subject deadline.

Dated this 25th day of August, 2021.

FISHER & PHILLIPS, LLP                    KEMP & KEMP


By:/s/  Lisa A. McClane_____          By: /s/   James P. Kemp_____
Lisa A. McClane, Esq.                    James P. Kemp, Esq.
Brian L. Bradford, Esq.                  Victoria L. Neal, Esq.
300 S. Fourth Street #1500               7435 W. Azure Drive #110
Las Vegas. NV 89101                      Las Vegas, NV 89130
Attorney for Spiliadis Management, Ltd.  Attorney for Plaintiff


## ORDER

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
 8-26-2021
_____
DATED

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

41480127

- 4 -